| AO-10 (w) Rev. 6/96 | **FINANCIAL DISCLOSURE REPORT** Nomination Report | Report Required by the Ethic. Reform Act of 1989, Pub L No. 101-194, November 30, 1989 (5 U.S.C. App. 4, Sec. 101-11) |
|---|---|---|

| 1. Person Reporting *(Last name, first, middle initial)* TARNOW, ARTHUR J. | 2. Court or Organization EASTERN DISTRICT OF MICHIGAN | 3. Date of Report 10/01/1997 |
|---|---|---|
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* U.S. DISTRICT JUDGE - NOMINEE | 5. Report Type *(check type)* X Nomination, Date 9/24/97 __ Initial __ Annual __ Final | 6. Reporting Period 01/01/1995 to 08/31/1997 |
| 7. Chambers or Office Address 645 GRISWOLD STREET SUITE 1756 DETROIT, MICHIGAN 48225-4105 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS *(Reporting individual only; see pp. 9-13 of Instructions)*

| POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|
| ☐ NONE *(No reportable positions.)* | |
| 1 SOLE PROPRIETOR | ARTHUR J. TARNOW, ATTORNEY AT LAW |
| 2 ADJUNCT PROFESSOR | UNIVERSITY OF DETROIT MERCY LAW SCHOOL |
| 3 OFFICER | TARNOW PROPERTIES, INC. |

## II. AGREEMENTS *(Reporting individual only; see pp. 14-17 of Instructions)*

| DATE | PARTIES AND TERMS |
|---|---|
| X NONE *(No reportable agreements.)* | |

1 It is my intention to turn over any open cases to competent counsel. At
2 the time that I turn over the cases, arrangements will be made, so that I
3 will be paid for work done to that date.

## III. NON-INVESTMENT INCOME *(Reporting individual and spouse; see pp. 18-25 of Instructions)*

| DATE | PARTIES AND TERMS | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE *(No reportable non-investment income.)* | | |
| 1 1995 | ARTHUR J. TARNOW, ATTORNEY AT LAW | $ 152,272.C |
| 2 1996 | ARTHUR J. TARNOW, ATTORNEY AT LAW | $ 146,703.C |
| 3 1995 | UNIVERSITY OF DETROIT MERCY LAW SCHOOL | $ 12,000.C |
| 4 1996 | UNIVERSITY OF DETROIT MERCY LAW SCHOOL | $ 12,500.C |
| 5 08/31/9 | ARTHUR J. TARNOW, ATTORNEY AT LAW | $ 80,186.C |

Digitized by Google

| | | Date of Report |
|---|---|---|
| SIMMONS, ARTHUR J. | | 10/01/1997 |

REIMBURSEMENTS and GIFTS — transportation, lodging, food, entertainment.

| NAME | DESCRIPTION |
|---|---|
| | |

| NAME | DESCRIPTION | VALUE |
|---|---|---|
| | | |

| SOURCE | DESCRIPTION | VALUE CODE |
|---|---|---|
| ASSESSMENT SYSTEMS OF | TUITION LOAN FOR DEPENDENT CHILD | J |

K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>TARNOW, ARTHUR J. | Date of Report<br>10/01/1997 |
|---|---|---|

## VII. Page 1 INVESTMENTS and TRUSTS

*— Income, value, transactions (includes those of spouse and dependent children. See pp. 37-54 of Instructions.)*

| A.<br>Description of Assets<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amt.<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>dividend,<br>rent or<br>interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g.,<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| NONE (no reportable income, assets, or transactions) | | | | | | | | | |
| 1 EURO PACIFIC GROWTH FUND -IRA | A | Dividend | J | T | | | | | |
| 2 KMART COMMON STOCK -IRA | A | Dividend | K | T | | | | | |
| 3 MFS TOTAL RETURN FUND -IRA | A | Dividend | J | T | | | | | |
| 4 MFS RESEARACH FUND-IRA | A | Dividend | J | T | | | | | |
| 5 STATE STREET RESEARCH-IRA | A | Dividend | J | T | | | | | |
| 6 CATS PRIN SERIES E-IRA | A | Interest | K | T | | | | | |
| 7 EURO PACIFIC GROWTH FUND-IRA (S) | A | Dividend | J | T | | | | | |
| 8 MFS TOTAL RETURN FUND-IRA(S) | A | Dividend | J | T | | | | | |
| 9 STATE STREET RESEARCH -IRA(S) | A | Dividend | J | T | | | | | |
| 10 SOGEN INTERNATIONAL FUND, INC.-IRA(S) | A | Dividend | J | T | | | | | |
| 11 TARNOW PROPERTIES, INC. COMMON STOCK | D | Interest | M | T | | | | | |
| 12 TARNOW PROPERTIES, INC. (S) COMMON STOCK | D | Interest | M | T | | | | | |
| 13 EASTERN UNIVERSITY(J) | A | Interest | L | T | SELL | 6/96 | L | A | |
| 14 MICHIGAN STATE HOSP FIN. AUTH. (J) | B | Interest | J | T | | | | | |
| 15 MFS RESEARACH FUND (J) | A | Dividend | J | T | | | | | |
| 16 MFS HIGH INCOME FUND (J) | A | Dividend | J | T | | | | | |
| 17 THE TREASURER'S FUND, INC. (J) | A | Dividend | J | T | | | | | |

| 1 Inc/Gain Codes: A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col. B1, D4) F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |
| 2 Val Codes: J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| (Col. C1, D3) O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=$50,000,001 or more | | | |
| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| (Col. C2) U=Book Value | V=Other | W=Estimated | | |

Digitized by Google

# FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | TARNOW, ARTHUR J. | 10/01/1997 |

## VIII. Page 2 INVESTMENTS and TRUSTS

— Income, value, transactions (includes those of spouse and dependent children. See pp. 37-54 of instructions.)

| A. Description of Assets (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical "(X)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| NONE (no reportable income, assets, or transactions) | | | | | | | | | | |
| 18. THE TREASURER'S FUND (DC) | A | Dividend | J | T | | | | | | |
| 19. EURO PACIFIC GROWTH FUND (DC) | A | Dividend | K | T | | | | | | |
| 20. FPA NEW INCOME, INC. (DC) | A | Dividend | K | T | | | | | | |
| 21. ENERGY CONVERSION DEVICES (DC) | A | Dividend | J | T | | | | | | |
| 22. NES GOVT LTD MAT. FUND (DC) | A | Dividend | K | T | | | | | | |
| 23. NES RESEARCH FUND (DC) | A | Dividend | K | T | | | | | | |
| 24. NES EMERGING GROWTH –IRA (DC) | A | Dividend | J | T | | | | | | |
| 25. TEMPLETON FUNDS –IRA (DC) | A | Dividend | J | T | | | | | | |
| 26. NES RESEARCH FUND –IRA (DC) | A | Dividend | J | T | | | | | | |
| 27. TARNOW PROPERTIES, INC. COMMON STOCK | E | Distribution | M | U | | | | | | |
| 28. TARNOW PROPERTIES, INC. COMMON STOCK (S) | E | Distribution | M | U | | | | | | |
| 29. THE TREASURER'S FUND, INC. (DC) | A | Dividend | J | T | | | | | | |

1. Income Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
2. Income   F=$50,000 or less   G=$50,001-$100,000   H=$100,001-$1,000,000   I=$1,000,001 or more
3. Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
4. Value Codes   O=$500,001-$1,000,000   P=$1,000,001 or more
5. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash Market
   U=Book Value   V=Other   W=Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>TARNOW, ARTHUR J. | Date of Report<br>10/01/1997 |
|---|---|---|

## IX. CERTIFICATION

In compliance with the provisions of 28 U.S.C. 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _Arthur J. Tarnow_          Date ___10/2/97___

Note:     Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

**FILING INSTRUCTIONS**

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>TARNOW, ARTHUR J. | Date of Report<br>10/01/1997 |
|---|---|---|

**SECTION HEADING.** (indicate part of report.)

SECTION 1. POSITIONS (cont'd.)

| Li. Position | Name of Organization/Entity |
|---|---|
| 4 BOARD MEMBER | CRIMINAL DEFENSE ATTORNEYS OF MICHIGAN |
| 5 BOARD MEMBER | LEGAL AID AND DEFENDER ASSOCIATION OF |

SECTION 3. NON-INVESTMENT INCOME (cont'd.)

| Li. Date | Parties and Terms | Gross Income |
|---|---|---|
| 6 083197 | UNIVERSITY OF DETROIT MERCY LAW SCHOOL | $ 7,500.00 |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>TARNOW, ARTHUR J. | Date of Report<br>10/01/1997 |
|---|---|---|

## IX. CERTIFICATION

In compliance with the provisions of 28 U.S.C. 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _Arthur J. Tarnow_       Date __10/2/97__

Note:     Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

**FILING INSTRUCTIONS**

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

Digitized by Google